Case 1:19-cv-05969-RER Document 1-1 Filed 10/23/19 Page 1 of 16 PageID #: 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------x

MARGARITA FERNANDEZ,

                                        Plaintiff,

        -against-

BURLINGTON COAT FACTORY OF TEXAS, INC.,
BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION and BURLINGTON COAT FACTORY
DIRECT CORPORATION,

                                        Defendants.

-------------------------------------------------------------------x

Index No.: _____

Plaintiff designates
Kings County as the place
of trial

**SUMMONS**

The basis of venue is the
Plaintiff's residence

Plaintiff resides at:
308 Crescent Street
Brooklyn, New York 11208

**TO THE ABOVE NAMED DEFENDANTS**:

        YOU ARE HEREBY SUMMONED to appear in this action by serving your Answer on
Plaintiff's attorneys within 20 days after service of this Summons, exclusive of the day of
service, or within 30 days after service is complete if this Summons is not personally delivered to
you within the State of New York. In case of your failure to answer, Judgment will be taken
against you by default for the relief demanded in the Complaint.

Dated: Freeport, New York
        August 16, 2019

                                        Yours etc.,

                                        ROSENBERG & RODRIGUEZ, PLLC

                                        _____
                                        By: Ivan J. Rodriguez, Esq.
                                        Attorneys for Plaintiff:
                                        MARGARITA FERNANDEZ
                                        87 Church Street
                                        Freeport, New York 11520
                                        Tel: (516) 442-7310

Defendants' Addresses:

BURLINGTON COAT FACTORY OF TEXAS, INC.
Legal Dept.
1830 Routh 130 North
Burlington, New Jersey 08016

BURLINGTON COAT FACTORY WAREHOUSE CORPORATION
c/o Corporation Service Company
80 State Street
Albany, New York 12207

BURLINGTON COAT FACTORY DIRECT CORPORATION
c/o Corporation Service Company
80 State Street
Albany, New York 12207

Case 1:19-cv-05969-RER    Document 1-1    Filed 10/23/19    Page 3 of 16 PageID #: 7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------------x

MARGARITA FERNANDEZ,

        Plaintiff,

   -against-


BURLINGTON COAT FACTORY OF TEXAS, INC.,
BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION and BURLINGTON COAT FACTORY
DIRECT CORPORATION,


        Defendants.

-----------------------------------------------------------------------x

Index No.: _____

**VERIFIED COMPLAINT**

   Plaintiff MARGARITA FERNANEZ, by her attorneys, ROSENBERG & RODRIGUEZ, PLLC, complaining of the Defendants herein, respectfully sets forth and alleges as follows, upon information and belief:

### THE PARTIES

1.  That at all times hereinafter mentioned, Plaintiff, MARGARITA FERNANDEZ, was and still is a resident of Kings County, City and State of New York.

2.  That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

3.  That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., was and still is a foreign corporation conducting business in the State of New York.

4.  That at all times hereinafter mentioned, Defendant BURLINGTON COAT FACTORY OF TEXAS, INC., was and still is a business entity conducting business within the State of New York.

5. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

6. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, was and still is a foreign corporation conducting business in the State of New York.

7. That at all times hereinafter mentioned, Defendant BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, was and still is a business entity conducting business within the State of New York.

8. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

9. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, was and still is a foreign corporation conducting business in the State of New York.

10. That at all times hereinafter mentioned, Defendant BURLINGTON COAT FACTORY DIRECT CORPORATION, was and still is a business entity conducting business within the State of New York.

**AS AND FOR A FIRST CAUSE OF ACTION AGAINST
DEFENDANT BURLINGTON COAT FACTORY OF TEXAS, INC.**

11. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., owned the building and premises located at 410 Gateway Drive, Brooklyn, New York.

12. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF

TEXAS, INC., operated the building and premises located at 410 Gateway Drive, Brooklyn, New York.

13.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., maintained the building and premises located at 410 Gateway Drive, Brooklyn, New York.

14.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., managed the building and premises located at 410 Gateway Drive, Brooklyn, New York.

15.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., controlled the building and premises located at 410 Gateway Drive, Brooklyn, New York.

16.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., owned a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

17.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., operated a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

18.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., maintained a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

19.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., managed a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

20.     That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY OF

Case 1:19-cv-05969-RER   Document 1-1   Filed 10/23/19   Page 6 of 16 PageID #: 10

TEXAS, INC., controlled a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

21. That at all times hereinafter mentioned, there existed a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York known as "Burlington Coat Factory".

22. That at all times hereinafter mentioned Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., had a duty to maintain the aforementioned property and retail store in a reasonably safe and suitable condition of repair.

23. That on January 23, 2018, Plaintiff, MARGARITA FERNANDEZ, was lawfully present upon the aforementioned premises and retail store.

24. That on January 23, 2018 and for a period of time prior thereto, there existed a dangerous, defective, hazardous and trap-like condition at the aforementioned premises and retail store.

25. That on January 23, 2018 at approximately 12:00 p.m., Plaintiff, MARGARITA FERNANDEZ, was caused to trip and fall, thereby sustaining serious bodily injury as a result of said dangerous, defective, hazardous, trap-like and unsafe condition existing upon the aforementioned premises and retail store.

26. That the aforementioned conditions were known to Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., through its agents, servants and or employees, and were permitted to remain defective for a long and unreasonable period of time.

27. That the aforementioned conditions were known to Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC., through its agents, servants and or employees, and were permitted to remain defective for a long and unreasonable period of time.

28. That the aforementioned accident and the resulting injuries to Plaintiff, MARGARITA FERNANDEZ, occurred by reason of the negligent manner in which Defendants, owned, operated, controlled, managed, maintained, repaired and/or inspected the aforementioned

Case 1:19-cv-05969-RER   Document 1-1   Filed 10/23/19   Page 7 of 16 PageID #: 11

premises and retail store.

29. That pursuant to CPLR § 1602 this action falls within one or more of the exceptions set forth therein.

### AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANT BURLINGTON COAT FACTORY WHAREHOSE CORPORATION

30. Plaintiff repeats and reiterates all of the facts and allegations stated in paragraphs 1 to 29 herein.

31. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, owned the building and premises located at 410 Gateway Drive, Brooklyn, New York.

32. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, operated the building and premises located at 410 Gateway Drive, Brooklyn, New York.

33. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, maintained the building and premises located at 410 Gateway Drive, Brooklyn, New York.

34. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, managed the building and premises located at 410 Gateway Drive, Brooklyn, New York.

35. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, controlled the building and premises located at 410 Gateway Drive, Brooklyn, New York.

36. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, owned a retail store at building and premises located at

FILED: KINGS COUNTY CLERK 08/16/2019 04:03 PM INDEX NO. 518229/2019

NYSCEF DOC. NO. 1    Case 1:19-cv-05969-RER   Document 1-1   Filed 10/23/19   Page 8 of 16 PageID #: 12   RECEIVED NYSCEF: 08/16/2019

410 Gateway Drive, Brooklyn, New York.

37. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, operated a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

38. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, maintained a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

39. That at all times hereinafter mentioned, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, managed a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

40. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, controlled a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

41. That at all times hereinafter mentioned, there existed a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York known as "Burlington Coat Factory".

42. That at all times hereinafter mentioned Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, had a duty to maintain the aforementioned property and retail store in a reasonably safe and suitable condition of repair.

43. That on January 23, 2018, Plaintiff, MARGARITA FERNANDEZ, was lawfully present upon the aforementioned premises and retail store.

44. That on January 23, 2018 and for a period of time prior thereto, there existed a dangerous, defective, hazardous and trap-like condition at the aforementioned premises and retail store.

45. That on January 23, 2018 at approximately 12:00 p.m., Plaintiff, MARGARITA FERNANDEZ, was caused to trip and fall, thereby sustaining serious bodily injury as a

result of said dangerous, defective, hazardous, trap-like and unsafe condition existing upon the aforementioned premises and retail store.

46.   That the aforementioned conditions were known to Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, through its agents, servants and or employees, and were permitted to remain defective for a long and unreasonable period of time.

47.   That the aforementioned conditions were known to Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, through its agents, servants and or employees, and were permitted to remain defective for a long and unreasonable period of time.

48.   That the aforementioned accident and the resulting injuries to Plaintiff, MARGARITA FERNANDEZ, occurred by reason of the negligent manner in which Defendants, owned, operated, controlled, managed, maintained, repaired and/or inspected the aforementioned premises and retail store.

49.   That pursuant to CPLR § 1602 this action falls within one or more of the exceptions set forth therein.

**AS AND FOR A THIRD CAUSE OF ACTION AGAINST
DEFENDANTBURLINGTON COAT FACTORY DIRECT CORPORATION**

50.   Plaintiff repeats and reiterates all of the facts and allegations stated in paragraphs 1 to 49 herein.

51.   That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, owned the building and premises located at 410 Gateway Drive, Brooklyn, New York.

52.   That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY

Case 1:19-cv-05969-RER Document 1-1 Filed 10/23/19 Page 10 of 16 PageID #: 14

DIRECT CORPORATION, operated the building and premises located at 410 Gateway Drive, Brooklyn, New York.

53. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, maintained the building and premises located at 410 Gateway Drive, Brooklyn, New York.

54. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, managed the building and premises located at 410 Gateway Drive, Brooklyn, New York.

55. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, controlled the building and premises located at 410 Gateway Drive, Brooklyn, New York.

56. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, owned a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

57. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, operated a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

58. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, maintained a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

59. That at all times hereinafter mentioned, BURLINGTON COAT FACTORY DIRECT CORPORATION, managed a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

60. That at all times hereinafter mentioned, Defendant, BURLINGTON COAT FACTORY

Case 1:19-cv-05969-RER Document 1-1 Filed 10/23/19 Page 11 of 16 PageID #: 15

DIRECT CORPORATION, controlled a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York.

61. That at all times hereinafter mentioned, there existed a retail store at building and premises located at 410 Gateway Drive, Brooklyn, New York known as "Burlington Coat Factory".

62. That at all times hereinafter mentioned Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, had a duty to maintain the aforementioned property and retail store in a reasonably safe and suitable condition of repair.

63. That on January 23, 2018, Plaintiff, MARGARITA FERNANDEZ, was lawfully present upon the aforementioned premises and retail store.

64. That on January 23, 2018 and for a period of time prior thereto, there existed a dangerous, defective, hazardous and trap-like condition at the aforementioned premises and retail store.

65. That on January 23, 2018 at approximately 12:00 p.m., Plaintiff, MARGARITA FERNANDEZ, was caused to trip and fall, thereby sustaining serious bodily injury as a result of said dangerous, defective, hazardous, trap-like and unsafe condition existing upon the aforementioned premises and retail store.

66. That the aforementioned conditions were known to Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, through its agents, servants and or employees, and were permitted to remain defective for a long and unreasonable period of time.

67. That the aforementioned conditions were known to Defendant, BURLINGTON COAT FACTORY DIRECT CORPORATION, through its agents, servants and or employees, and were permitted to remain defective for a long and unreasonable period of time.

68. That the aforementioned accident and the resulting injuries to Plaintiff, MARGARITA FERNANDEZ, occurred by reason of the negligent manner in which Defendants, owned, operated, controlled, managed, maintained, repaired and/or inspected the aforementioned

Case 1:19-cv-05969-RER Document 1-1 Filed 10/23/19 Page 12 of 16 PageID #: 16

premises and retail store.

69.     That pursuant to CPLR § 1602 this action falls within one or more of the exceptions set forth therein.

**WHEREFORE,** Plaintiff demands judgment against the Defendants on his First, Second and Third causes of action in excess of the jurisdictional limits of all lower courts, together with costs, fees and disbursements of this action.

Dated: Freeport, New York
       August 16, 2019

Yours etc.,

ROSENBERG & RODRIGUEZ, PLLC

**By: Ivan J. Rodriguez, Esq.**
Attorneys for Plaintiff:
MARGARITA FERNANDEZ
87 Church Street
Freeport, New York 11520
Tel: (516) 442-7310

Case 1:19-cv-05969-RER    Document 1-1    Filed 10/23/19    Page 13 of 16 PageID #: 17

## ATTORNEY VERIFICATION

I, the undersigned, an attorney admitted to practice law in the Courts of New York State, affirm under penalty of perjury that I am associated with the Law Offices of Rosenberg & Rodriguez, PLLC, attorneys of record for Plaintiff in the within action; I have read the foregoing VERIFIED COMPLAINT and know the contents thereof; the same is true to my own knowledge, except as to the matters alleged upon information and belief, and as to those matters, I believe them to be true. The reason this verification is made by me and not by the Plaintiff, is that the Plaintiff does not reside in the County where we maintain our offices. The grounds of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigation conducted by my office.

Dated: Freeport, New York
      August 16, 2019

_____
Ivan J. Rodriguez, Esq.

Case 1:19-cv-05969-RER   Document 1-1   Filed 10/23/19   Page 14 of 16 PageID #: 18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------x

MARGARITA FERNANDEZ,                                                Index No.: _____

                                        Plaintiff,

        -against-


BURLINGTON COAT FACTORY OF TEXAS, INC.,
BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION and BURLINGTON COAT FACTORY
DIRECT CORPORATION,


                                        Defendants.

------------------------------------------------------------------------x

---

### SUMMONS & VERIFIED COMPLAINT

---

Attorneys for: Plaintiff


                                ROSENBERG & RODRIGUEZ., PLLC
                                87 Church Street
                                Freeport, New York 11520
                                Tel: (516) 442 - 7310

--------------------------------------------------------------------------------------------------------
*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: August 16, 2019


                                _____
                                Ivan J. Rodriguez, Esq.

14 of 14

Case 1:19-cv-05969-RER    Document 1-1    Filed 10/23/19    Page 15 of 16 PageID #: 19

| Attorney(s) | Rosenberg & Rodriguez, PLLC |
|---|---|
| Index # | **518229/2019** |
| Purchased/Filed: | August 16, 2019 |
| State of New York | |
| Court: | Supreme |
| County: | Kings |

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Margarita Fernandez

Plaintiff(s)

against

Burlington Coat Factory of Texas, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY  )SS
CITY OF ALBANY     )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age:   45 Yrs.

Weight:  160 Lbs.  Height:   5' 10"  Sex:  Female  Color of skin:   White

Hair color:   Blonde   Other: _____

_____ Robert Guyette _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____ September 26, 2019 _____ , at    1:32 PM   , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons and Verified Complaint with Notice of Electronic Filing**

on
**Burlington Coat Factory Direct Corporation**

_____ ,
the Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

26th  day of _____ September 2019

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

_____
Robert Guyette

**Invoice·Work Order # 1938046**
Attorney File #   **Fernandez**

1 of 1

Case 1:19-cv-05969-RER Document 1-1 Filed 10/23/19 Page 16 of 16 PageID #: 20

Attorney(s)    Rosenberg & Rodriguez, PLLC
Index #        **518229/2019**
Purchased/Filed: August 16, 2019
State of New York
Court:         Supreme
County:        Kings

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Margarita Fernandez

Plaintiff(s)

against

Burlington Coat Factory of Texas, Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 45 Yrs. |
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | | |

Weight: 160 Lbs.   Height: 5' 10"   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

Robert Guyette , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on September 26, 2019 , at 1:32 PM , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons and Verified Complaint with Notice of Electronic Filing**

on

**Burlington Coat Factory of Texas, Inc.**

the Defendant in this action, by delivering to and leaving with Amy Lesch AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

26th day of September 2019

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 1938043
Attorney File # **Fernandez**

1 of 1